COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | | |
|---|---|---|---|
| DAVID PAUL HEALY, | § | | No. 08-17-00027CV |
| Appellant, | § | | Appeal from the |
| v. | § | | 352nd Judicial District Court |
| SIMON BARRON, | § | | of Tarrant County, Texas |
| Appellee. | § | | (TC# 352-286480-16) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs of this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF AUGUST, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.